## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**HENRY CLAY LEWIS**                                                          **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 1:07-cv-1165-HSO-JMR**

**JOE W. MARTIN, ET AL.**                                                     **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [20-1] entered in this cause on January 16, 2009, together with Plaintiff's Objection filed on February 11, 2009 [22-1]. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendants' Motion to Dismiss filed December 16, 2008 [16-1], should be and is hereby **GRANTED,** Plaintiff's Objection is hereby **OVERRULED,** and the above captioned cause should be and is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 4th day of March, 2009.


*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE\